JOHNSON v. SOUTHERN TIRE SALES AND SERV.

No. 514A02

Case below: 152 N.C. App. 323

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 21 November 2002.

KANIPE v. LANE UPHOLSTERY

No. 435P02

Case below: 151 N.C. App. 478

Petition with supporting affidavits by defendants for reconsideration of the petition to this Court for review of the decision of the North Carolina Court of Appeals dismissed 21 November 2002.

LOVELACE v. CITY OF SHELBY

No. 559P02

Case below: 153 N.C. App. 378

Petition by defendant (City of Shelby) for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

McDONALD v. SKEEN

No. 473P02

Case below: 152 N.C. App. 228

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 October 2002. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 29 October 2002.